HON. RONALD B. LEIGHTON

Walter E. Barton, WSBA #26408
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 223-1313
Fax: (206) 682-7100

Kathleen M. Balderston, NY Bar #2252534
Admitted Pro Hac Vice
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Fax: (212) 940-3111

Attorneys for Plaintiff

FILED _____ LODGED
RECEIVED

MAY 24 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WESTSOUND BANK,<br><br>Plaintiff,<br><br>v.<br><br>DAVID K. JOHNSON, BRETT T. GREEN, LOUIS J. WEIR, DEAN M. REYNOLDS, RODNEY R. PARR, LARRY C. WESTFALL, RICHARD N. CHRISTOPHERSON, DONALD F. COX, JR., JAMES H. LAMB, BRIAN B. MCLELLAN, and DONALD H. TUCKER,<br><br>Defendants. | NO. 3:11-cv-05953-RBL<br><br>[PROPOSED]<br>ORDER GRANTING MOTION OF WASHINGTON STATE DEPARATMENT OF FINANCIAL INSTITUTIONS TO STRIKE HEARING<br><br>11-CV-05953-ORD |

THIS MATTER coming on for hearing on the motion of State of Washington, Department of Financial Institutions, through its Director Scott Jarvis acting in his official capacity ("Department" or "WDFI"), to continue hearing, by and through its attorneys Robert M. McKenna, Attorney General, and Victor M. Minjares, Assistant Attorney General, and Walter E.

1 Barton and Kathleen M. Balderston, Attorneys for Plaintiff, and David K. Johnson, Brett T.
2 Green, Louis J. Weir, Dean M. Reynolds, Rodney R. Parr, Larry C. Westfall, Richard N.
3 Christopherson, Donald F. Cox, Jr., James H. Lamb, Brian B. McLellan, and Donald H. Tucker,
4 Defendants, and the court having heard argument, considered the records and files herein,
5 including:
6     1. The Declaration of Victor M. Minjares in Support of Department's Motion to
7        Continue Hearing.
8     2. The Declaration of Gloria McVey in Support of Department's Motion to Continue
9        Hearing.
10 and being fully advised, now, therefore FINDS that:
11     The Washington State Department of Financial Institutions was not a party to the
12 Confidentiality Agreement between plaintiffs and FDIC-R. The Department was not informed
13 that its confidential bank examination reports were to be disclosed, without notice to or the
14 consent of the Director, in violation of RCW 30.04.075. The Department was not served with
15 the Motion to Unseal. The Department has made a prima facie case that granting the Motion
16 to Unseal would adversely impact the Director's obligation to preserve bank examination
17 confidentiality under RCW 30.04.075, and that it should be allowed additional time to
18 consider intervention under Fed. R. Civ. P. 24(a)(2) or other resolution satisfying its interests
19 in protecting its Reports of Examination. This Court therefore finds good cause exists to grant
20 the requested relief.
21 / / /
22
23 / / /
24
25 / / /
26

ORDER GRANTING MOTION TO          2         ATTORNEY GENERAL OF WASHINGTON
STRIKE HEARING [PROPOSED]                                     1125 Washington Street SE
NO. 3:11-cv-05953-RBL                                                 PO Box 40100
                                                                             Olympia, WA 98504-0100
                                                                             (360) 664-9006

IT IS HEREBY ORDERED that

1. The existing dates on Defendants' Motion to Unseal are stricken.

2. Defendants must serve the Department with their Motion to Unseal if they wish the Motion to be heard. The new noting date shall be no earlier than June 15, 2012.

DATED this 24th day of May, 2012.

_____
HONORABLE RONALD B. LEIGHTON
Judge

Presented by:

ROBERT M. MCKENNA
Attorney General

s/Victor M. Minjares
_____
VICTOR M. MINJARES, WSBA #33946
Assistant Attorney General
Attorneys for State of Washington
Department of Financial Institutions
Consumer Services Division

ORDER GRANTING MOTION TO STRIKE HEARING [PROPOSED]
NO. 3:11-cv-05953-RBL

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 664-9006