Hon. Ronald B. Leighton

Walter E. Barton, WSBA # 26408
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 223-1313
Fax: (206) 682-7100

Kathleen M. Balderston, NY Bar #2252534
Kristin Jamberdino, NY Bar #4393005
Admitted Pro Hac Vice
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Fax: (212) 940-3111

Gregory P. O'Hara, CA #131963
Admitted Pro Hac Vice
Nixon Peabody LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Fax: (650)320-7701

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WESTSOUND BANK,<br><br>Plaintiff,<br><br>v.<br><br>DAVID K. JOHNSON, *et al.*,<br><br>Defendants. | NO.  3:11-cv-05953-RBL<br><br>STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE |

STIPULATION AND ORDER
RE DISMISSAL WITH PREJUDICE
**Error! Unknown document property name.**

*Law Offices*
**KARR·TUTTLE·CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

**STIPULATION**

WHEREAS, Plaintiff and Defendants have entered into and executed a written settlement agreement ("Settlement Agreement") resolving all claims and defenses in this action; and,

WHEREAS, the Settlement Agreement requires the dismissal with prejudice of the entire action as to all parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all the parties hereto that this action be dismissed with prejudice as to all parties and that each party shall bear its own attorneys' fees and costs.  The parties further stipulate and agree that the Court shall retain jurisdiction over all disputes among the parties relating to the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

DATED:  November 14, 2012

/s/ Walter E. Barton
Walter E. Barton, WSBA #26408
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 223-1313
Fax: (206) 682-7100
Email:  gbarton@karrtuttle.com

Kathleen M. Balderston, NY Bar #2252534
Kristin Jamberdino, NY Bar #4393005
Admitted Pro Hac Vice
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3000
Fax: (212) 940-3111
Email: kbalderston@nixonpeabody.com
          kjamberdino@nixonpeabody.com

STIPULATION AND ORDER
RE DISMISSAL WITH PREJUDICE
Error! Unknown document property name.

*Law Offices*
**KARR · TUTTLE · CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | Gregory P. O'Hara, CA #131963 |
| 2 | Admitted Pro Hac Vice |
| | Nixon Peabody LLP |
| 3 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 500 |
| 4 | Palo Alto, California 94306 |
| 5 | Telephone: (650) 320-7700 |
| | Fax: (650)320-7701 |
| 6 | Email:  gohara@nixonpeabody.com |
| 7 | Attorneys for Plaintiff |

/s/ Lauren Rainwater
Mr. James E. Howard
Ms. Lauren Rainwater
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7043
Attorneys for Defendant Brett T. Green

/s/ Curt Roy Hineline
Mr. Curt Roy Hineline
Mr. Robert M. Crowley
Ms. Carolyn D. Robbs
Bracewell & Giuliani LLP
701 Fifth Avenue, Suite 6200
Seattle, WA  98104-7018
Attorneys for Defendant David K. Johnson

/s/ Lucy Russell Clifthorne
Mr. Henry Andrew Saller, Jr.
Mr. James A. Krueger
Ms. Lucy Russell Clifthorne
Vandeberg, Johnson & Gandara, LLP
1201 Pacific Avenue, Suite 1900
PO Box 1315
Tacoma, WA  98401-1315
Attorneys for Defendant Rodney R. Parr

STIPULATION AND ORDER
RE DISMISSAL WITH PREJUDICE
**Error! Unknown document property name.**

*Law Offices*
**KARR·TUTTLE·CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

|   |   |
|---|---|
| 1 | /s/ Jerry H. Kindinger |
| 2 | Mr. Jerry H. Kindinger |
|   | Mr. Roger J. Kindley |
| 3 | Mr. Bryan C. Graff |
|   | Ryan, Swanson & Cleveland, PLLC |
| 4 | 1201 Third Avenue, Suite 3400 |
| 5 | Seattle, WA  98101-3034 |
|   | Attorneys for Defendant Donald F. Cox, Jr. |

/s/ Jerry H. Kindinger
Mr. Jerry H. Kindinger
Mr. Roger J. Kindley
Mr. Bryan C. Graff
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA  98101-3034
Attorneys for Defendant Donald F. Cox, Jr.

/s Thomas A. Sterken
Mr. Thomas A. Sterken
Ms. Juli E. Farris
Keller Rohrback
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Attorneys for Defendants Louis J. Weir,
Dean M. Reynolds, Larry C. Westfall,
Richard N. Christopherson, James H. Lamb,
Brian B. McLellan and Donald H. Tucker

### **ORDER**

BASED UPON THE FOREGOING STIPULATION, IT IS ORDERED:

This action is dismissed with prejudice as to all parties and each party shall bear its own attorneys' fees and costs.  The Court shall retain jurisdiction over all disputes among the parties relating to the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

DATED:  November 15, 2012.

_____
Ronald B. Leighton
United States District Judge

STIPULATION AND ORDER
RE DISMISSAL WITH PREJUDICE
Error! Unknown document property name.

*Law Offices*
**KARR·TUTTLE·CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100